FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 25 2008

DAVID J. MALAND, CLERK
DEPUTY

From: Keith Russell Judd					www.vote-smart.org
Reg.# 11593-051, Unit K-2 DC
Federal Correctional Institute
P.O. Box 7000
Texarkana, Texas, 75505				Change of Address
(409) 880-0730
email- KeithJudd11593051@voiceforinmates.com

To: Clerk, U.S. District Court			Date: September 11, 2008
P.O. Box 3507
Beaumont, Texas, 77704

Re: Change of Address:

Dear Sir or Madam:
	Please make the above change of address in all of my cases in this Court.

				Thank You,
				[signature]
				Keith Judd

20