Keith Judd, #11593-051
Federal Correctional Institution
P.O. Box 7000
Texarkana, Texas, 75505

Legal Mail

United States District Court
P.O. Box 3507
Beaumont, Texas, 77704-3507



TEXARKANA, AR-TX 755
PM
24 SEP 2008

